UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: Raymond Bradley Adams

Case No.: 8:10-bk-_____

_____ Debtor(s)./

## CERTIFICATE REGARDING CHILD SUPPORT OBLIGATION

\_\_✓\_\_ I DO HEREBY CERTIFY that I am not required to pay a domestic support obligation.

_____ I DO HEREBY CERTIFY that all amounts payable under the judicial or administrative order, or by statute, on my domestic support obligation (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

*Raymond Bradley Adams*
**Raymond Bradley Adams**

I HEREBY CERTIFY that on \_\_\_3-31-10\_\_\_, a true and correct copy of the foregoing has been furnished electronically or by United States Mail to the following:

\_\_Terry E. Smith, Trustee, P.O. Box 6099, Sun City Center, FL 33571
\_\_Jon M. Waage, Trustee, PO Box 25001, Bradenton, FL 34206
Assistant US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

**THOMAS JOEL CHAWK, ESQUIRE**
FAMILY LEGAL CENTERS OF
CHAWK & ASSOCIATES, P.A.
P.O. Box 8209
Lakeland, FL 33802-8209
863.686.8151 Telephone
863.686.6463 Fax Number
Attorney for Debtor(s)
Florida Bar Number 191269
Email: familylegalcenters@tampabay.rr.com