**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:  RAYMOND BRADLEY ADAMS                    Bankruptcy Case No.8:10-bk-07526

_____Debtor /

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

Please take notice that the Debtor has a new mailing address as follows:

| | |
|---|---|
| OLD ADDRESS: | 107Woodlake Dr.<br>Lakeland, FL 33803 |
| NEW ADDRESS: | PO Box 24273<br>Lakeland, FL 33802 |
| COUNTY: | Polk |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 19, 2010, a copy of the Notice Change of Address has been furnished by electronic mail to Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206.

THOMAS JOEL CHAWK, Esquire
FAMILY LEGAL CENTERS OF
CHAWK & ASSOCIATES, P.A.
P.O. Box 8209
Lakeland, FL 33801-82092
863.686.8151
863.686.6463 Fax Number
Attorney for Debtors
Florida Bar Number 191269
Email: **familylegalcenters@tampabay.rr.com**