UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

RAYMOND BRADLEY ADAMS          Case No: 8:10-bk-07526-CPM

Chapter 13

    Debtor(s)
_____/

### NOTICE OF ADDITIONAL CREDITOR(S)

**NOTICE IS HEREBY GIVEN by, JOE G. TEDDER, CFC,** as Tax Collector for Polk County, Florida (hereinafter the Tax Collector), that the individual(s) listed below have purchased the pre-petition secured ad-valorem real property tax liens of Polk County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statutes.

As to all parcel number(s) and year(s) identified below, Polk County is the secured creditor for the *ad valorem* real estate property taxes as identified below:

| Certificate Holder | Parcel No. & Address | Tax Year | Certificate Number | Current Amount | Interest Rate |
|---|---|---|---|---|---|
| Wachovia/Plymouth Park | 092723-000788-000190 8009 Magnolia Ridge | 2008 | 09-521 | $1,596.79 | 11.75% |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of April, 2010, the undersigned caused a copy of the foregoing to be served upon the Attorney for Debtor, the Trustee, and all relevant parties in this action by electronically filing with the Court, and by serving a copy of this document upon each additional creditor referenced above as follows:

Wachovia/Plymouth Park PPTS Lockbox PO Box 5822 New York NY  10087-5822

/s/ Bonnie A. Holly
**Bonnie A. Holly, Paralegal**
Office of JOE G. TEDDER, CFC
*pro se Creditor*
Tax Collector *for* Polk County, Florida
P.O. Box 2016
Bartow, FL  33831
Telephone (863) 534-4746 – ext. 5718
Facsimile (863) 534-4741
bonnieholly@polktaxes.com