IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

                                                          CASE **NO. 8:10-bk-07526-CPM**
                                                          CHAPTER 13

IN RE:
Raymond Bradley Adams

Debtor (s)
_____/

## **REQUEST FOR NOTICE**

**COMES NOW, Plymouth Park Tax Services LLC, a creditor in this Bankruptcy case, and files this Request for Notice. Plymouth Park Tax Services LLC, requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Plymouth Park Tax Services LLC c/o Plymouth Park Tax Services LLC, 115 South Jefferson Road, Bldg D-1, Whippany, NJ 07981.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on June 22, 2010 to The United States Bankruptcy Court MIDDLE DISTRICT OF FLORIDA, Middle District of Florida, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue Suite 555, Tampa, FL 33602; the Chapter 13 Trustee, Jon Waage, PO Box 25001, Brandenton, FL 34206-5001, and the debtor's attorney, Thomas Joel Chawk; Family Legal Center, P.O. Box 8209, Lakeland, FL 33802-8209.

                                          By:  /s/ Douglas Badaszewski
                                          Douglas Badaszewski -
                                          Plymouth Park Tax Services LLC